ELLEN FAGAN, Appellant, v. THE CITY OF NEW YORK, Respondent.—
Judgment and order affirmed, with costs. No opinion. Present — Clarke,
P. J., Laughlin, Dowling, Smith and Merrell, JJ.

JOHN F. LEIKERT, JR., Appellant, v. METROPOLITAN TRUST COMPANY
OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed,
with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling,
Smith and Merrell, JJ.

WALTER H. SNELLING, Respondent, v. CHARLES C. GALBRAITH, Appel-
lant.— Order affirmed, with ten dollars costs and disbursements, with leave
to defendant to withdraw demurrer and to answer on payment of said
costs and ten dollars costs at Special Term. No opinion. Present — Clarke,
P. J., Laughlin, Dowling, Smith and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNY
SCHNEIDER, Appellant.— Judgment affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

In the Matter of ALICE D. W. CHAUNCEY, Deceased.— Decree affirmed,
with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling,
Smith and Merrell, JJ.

In the Matter of PHILIP LONDON, Deceased.— Decree affirmed, with
costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith
and Merrell, JJ.

ARTHUR R. FISHER, Appellant, v. FRANK J. COLLINS and Others,
Respondents.— Order affirmed, with ten dollars costs and disbursements,
with leave to plaintiff to serve amended complaint on payment of said costs
and ten dollars costs at Special Term. No opinion. Present — Clarke,
P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent, v.
FANNIE M. THOMSON, as Executrix, etc., Appellant.— Judgment and order
affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Smith and Merrell, JJ.

JOHN TOMESCHEK, as Administrator, etc., Respondent, v. WILLIAM T.
HARDING, Appellant.— Judgment and order reversed, with costs, and com-
plaint dismissed, with costs, and the finding that the defendant was negli-
gent reversed as being without evidence to support it. Present — Clarke,
P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Dowling, J., dissented.

JULIA V. TINSDALE, Appellant, v. ANNA SCHMITZ, Respondent.— Judg-
ment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Smith and Merrell, JJ.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on
Complaint of EVA HEINRICH, Respondent, v. LEO HELLMAN, Appellant.—
Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Smith and Merrell, JJ.